

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2014

No. 04-14-00612-CV

David Allan **EDWARDS**,
Appellant

v.

**SHERIFF OF COUNTY OF ATASCOSA**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-02-0185-CVA
Honorable Thomas F. Lee, Judge Presiding

# O R D E R

Appellant's brief was originally due on September 29, 2014. Neither the brief nor a motion for extension of time has been filed. Appellant is representing himself, pro se. It is therefore ORDERED that appellant file his brief <u>no later than November 13, 2014</u>. If appellant fails to file the brief by this date or fails to reasonably explain the reason for his failure to do so, this appeal will be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

The Clerk of this court shall cause a copy of this order to be served on appellant by certified mail, return receipt requested, and by United States mail.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court